1  **WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Julie Parkhurst, | No. CV-18-01975-PHX-JAT |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Chipotle Mexican Grill Incorporated, et al., | |
| Defendants. | |

Defendant waived service in state court on May 24, 2018. (Doc. 1 at 7). Defendant removed this case to federal court on June 22, 2018; thereby making Defendants' answer due by June 29, 2018. Fed. R. Civ. P. 81(c)(2)(C). Defendant has not answered.

On July 2, 2018, the parties filed a notice of settlement in which they request a 30-day period in which to finalize the settlement. (Doc. 6). The Court interprets this request as Defendant seeking a one-time 30 day extension of the time to answer. (Doc. 3 at 5, ¶5(b)). The Court will grant this request. Consistent with Doc. 3, there will be no further extensions of this deadline if the settlement is not completed.

Accordingly,

/ / /

/ / /

/ / /

/ / /

1 | **IT IS ORDERED** that Defendants shall answer and/or otherwise respond to the complaint by July 30, 2018.

Dated this 6th day of July, 2018.

James A. Teilborg
Senior United States District Judge